Action by Charles Stammer against the Indianapolis Baking Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Mark H. Miller* and *Woodburn Masson,* for appellant.
*Adolph G. Emhardt,* for appellee.

DAUSMAN, J.—Action to recover damages for breach of contract. Verdict and judgment for $800. The only error assigned is the action of the court in overruling the motion for a new trial. The record discloses no reversible error. Judgment affirmed.

---

VIRGINIA-CAROLINA CHEMICAL COMPANY *v.* KELLNER ET AL.

[No. 10,530.   Filed December 9, 1920.]

From Newton Circuit Court, *Charles W. Hanley,* Judge.

Action between the Virginia-Carolina Chemical Company and Conrad Kellner and others. From the judgment rendered, the former appeals. *Affirmed.*

*John A. Dunlap,* for appellant.
*George A. Williams,* for appellee.

McMAHAN, J.—Affirmed on the authority of *Clemens* v. *Stoner* (1920), 73 Ind. App. 370, 126 N. E. 487.

---

STILZ ET AL. *v.* JINNETT.

[No. 10,443.   Filed June 3, 1920.   Rehearing denied December 14, 1920.]

From Marion Superior Court (106,904); *W. W. Thornton,* Judge.

Action between Fred D. Stilz and another, and William R. Jinnett. From the judgment rendered, the former appeal. *Affirmed.*

*William A. Pickens, Linton A. Cox* and *Earl R. Conder,* for appellants.
*Felt & Forney,* for appellee.

PER CURIAM.—Judgment affirmed.